GARY M. RESTAINO
United States Attorney
District of Arizona
RAYNETTE M. LOGAN
Assistant United States Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>1. Isaac William Gonzales and<br>　(Counts 1-6)<br><br>2. Gilbert Tony Gonzales, Jr.<br>　(Counts 1-6)<br><br>　　　　Defendants. | No.　CR-23-1324-PHX-JJT (MTM)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153, 113(a)(1) and 2<br>　　　(CIR-Assault with Intent to Commit<br>　　　Murder)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 1153, 113(a)(3) and 2<br>　　　(CIR-Assault with a Dangerous<br>　　　Weapon)<br>　　　Counts 2 and 3<br><br>　　　18 U.S.C. §§ 1153, 113(a)(6) and 2<br>　　　(CIR-Assault Resulting in Serious<br>　　　Bodily Injury)<br>　　　Count 4<br><br>　　　18 U.S.C. §§ 924(c)(1)(A) and 2<br>　　　(Use of a Firearm During a Crime of<br>　　　Violence)<br>　　　Counts 5 and 6 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 22, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendants, ISAAC WILLIAM GONZALES and GILBERT TONY GONZALES, JR., both Indians, did intentionally and

knowingly assault D.M., with intent to commit murder, and did aid and abet the assault of D.M., with intent to commit murder.

In violation of Title 18, United States Code, Sections 1153, 113(a)(1) and 2.

### COUNT 2

On or about May 22, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendants, ISAAC WILLIAM GONZALES and GILBERT TONY GONZALES, JR., both Indians, did intentionally and knowingly assault D.M., with a dangerous weapon, a firearm, with intent to do bodily harm, and did aid and abet the assault of D.M. with a dangerous weapon.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

### COUNT 3

On or about May 22, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendants, ISAAC WILLIAM GONZALES and GILBERT TONY GONZALES, JR., both Indians, did intentionally and knowingly assault G.D., with a dangerous weapon, a firearm, with intent to do bodily harm, and did aid and abet the assault of G.D. with a dangerous weapon.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

### COUNT 4

On or about May 22, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendants, ISAAC WILLIAM GONZALES and GILBERT TONY GONZALES, JR., both Indians, did intentionally, knowingly and recklessly assault D.M., resulting in serious bodily injury, and did aid and abet the assault of D.M., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

### COUNT 5

On or about May 22, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendants, ISAAC WILLIAM GONZALES and GILBERT TONY GONZALES, JR., both Indians, did knowingly use,

carry, brandish, and discharge a firearm during and in relation to a crime of violence, that is, Assault with Intent to Commit Murder and Assault with a Dangerous Weapon, as alleged in Counts 1 and 2 of this Indictment, respectively, felonies prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT 6

On or about May 22, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendants, ISAAC WILLIAM GONZALES and GILBERT TONY GONZALES, JR., both Indians, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count 3 of this Indictment, respectively, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: September 19, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
RAYNETTE M. LOGAN
Assistant U.S. Attorney